**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

SCORPCAST, LLC dba HAULSTARS,

               Plaintiff,

    v.

MG FREESITES, LTD,

               Defendant.

**Case No.: 6:20-CV-00877-ADA**


**JURY TRIAL DEMANDED**


**<u>DEFENDANT MG FREESITES LTD'S STATUS REPORT</u>**
**<u>REGARDING MOTIONS READY FOR RESOLUTION</u>**

Pursuant to the Court's March 23, 2021 Standing Order Regarding Motion for Inter-District Transfer ("Standing Order"), Defendant MG Freesites Ltd ("Freesites") provides the following status report regarding its pending motion to transfer, which is not fully briefed:

1. On January 22, 2021, Freesites moved to transfer the above-captioned case to the District of Delaware. Dkt. No. 21.

2. Venue discovery is on-going and closes on May 21, 2021. Dkt. No. 23.

3. Plaintiff Scorpcast, LLC dba Haulstars ("Scorpcast") has not yet filed a response to the motion to transfer venue. Scorpcast propounded interrogatories relating to venue on March 19, 2021, which Defendants responded to and supplemented. Scorpcast also served a Notice of Rule 30(b)(6) Venue Deposition on May 4, 2021.

4. Freesites' Motion to Transfer is not fully briefed or ready for resolution.

5. The Court scheduled a *Markman* hearing in this case for June 18, 2021 (Dkt. No. 23.) and July 23, 2021 (*id.*).

Dated: May 7, 2021

Respectfully submitted,

*/s/ Ralph A. Dengler*
Frank M. Gasparo
(Admitted *Pro Hac Vice*)
Ralph A. Dengler
(Admitted *Pro Hac Vice*)
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Phone: 212-307-5500
Facsimile: 212-307-5598
fmgasparo@venable.com
radengler@venable.com

Jonathan M. Sharret
(Admitted *Pro Hac Vice*)
VENABLE LLP
1290 Avenue of the Americas, 20th Floor
New York, NY10104

Phone: 212.218.2100
Facsimile: 212.218.2200
jmsharret@venable.com

JaeWon Lee
(Admitted *Pro Hac Vice*)
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Phone: 310.229.9900
Facsimile: 310.229.9901
jlee@venable.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

*Counsel for Defendant MG Freesites, Ltd*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 7, 2021, the foregoing document and accompanying exhibits and document production were electronically served upon all counsel of record.

Michael Simons
Texas State Bar No. 24008042
Jonathan L. Hardt
Texas State Bar No. 24039906
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
fwilliams@wsltrial.com
msimons@wsltrial.com
jhardt@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
johnw@wsltrial.com

May 7, 2021                                              */s/ Melissa R. Smith*
                                                        Melissa R. Smith