IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SCORPCAST, LLC dba HAULSTARS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MG FREESITES, LTD,<br><br>　　　　　Defendant. | Case No.: 6:20-CV-00877-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT MG FREESITES LTD'S
NOTICE OF CLAIM CONSTRUCTION ORDER
REGARDING U.S. PATENT NO. 9,965,780**

Defendant MG Freesites Ltd ("Freesites") respectfully informs the Court that on May 14, 2021, the Honorable Roy S. Payne rendered a claim construction Order regarding U.S. Patent No. 9,965,780 ("'780 patent") in *Scorpcast, LLC dba HaulStars v. Boutique Media, et al.*, 2:20-cv-00193-JRG-RSP (E.D. Tex.), assigned Dkt. No. 170.  *See* Ex. A.

Freesites' Responsive Claim Construction Brief (1 of 2) (Dkt. No. 41), filed on May 13, 2021, cited at footnotes 5, 10 and 14 to Judge Payne's ***preliminary*** claim constructions of certain terms of the '780 patent (Dkt. No. 41-1).

Dated: May 17, 2021

Respectfully submitted,

*/s/ Ralph A. Dengler*
Frank M. Gasparo
(Admitted *Pro Hac Vice*)
Ralph A. Dengler
(Admitted *Pro Hac Vice*)
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Phone: 212-307-5500
Facsimile: 212-307-5598
fmgasparo@venable.com
radengler@venable.com

Jonathan M. Sharret
(Admitted *Pro Hac Vice*)
VENABLE LLP
1290 Avenue of the Americas, 20th Floor
New York, NY10104
Phone: 212.218.2100
Facsimile: 212.218.2200
jmsharret@venable.com

JaeWon Lee
(Admitted *Pro Hac Vice*)
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Phone: 310.229.9900

Facsimile: 310.229.9901
jlee@venable.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

*Counsel for Defendant MG Freesites, Ltd*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2021, the foregoing document was electronically served upon all counsel of record.

Michael Simons
Texas State Bar No. 24008042
Jonathan L. Hardt
Texas State Bar No. 24039906
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
fwilliams@wsltrial.com
msimons@wsltrial.com
jhardt@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
johnw@wsltrial.com

May 17, 2021                                  */s/ Melissa R. Smith*
                                              Melissa R. Smith